# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case Nos. 3:08-cr-41(1) |
| | | also 3:10-cv-285 |
| Plaintiff, | : | |
| - vs - | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| CELIA RUIZ-OCHOA, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #199), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's Motion to Vacate under 28 U.S.C. § 2255 is DISMISSED with prejudice. Defendant is also DENIED leave to appeal *in forma pauperis* and any request for certificate of appealability.

August 31, 2010.   *s/THOMAS M. ROSE*

Thomas M. Rose
United States District Judge